1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11   S.G.,                                Case No.:  22cv450-JO-BLM

12                        Plaintiff,       **ORDER GRANTING DEFENDANT
                                           NCCSE'S MOTION TO DISMISS
13   v.                                    WITHOUT LEAVE TO AMEND;
                                           GRANTING IN PART AND
14   San Dieguito Union High School District   DENYING IN PART DEFENDANT
     et al.,                               CALIFORNIA DEPARTMENT OF
15                                         EDUCATION'S MOTION TO
                         Defendants.       DISMISS; AND GRANTING IN
16                                         PART AND DENYING IN PART
                                           DEFENDANT SAN DIEGUITO
17                                         UNION HIGH SCHOOL
                                           DISTRICT'S MOTION TO DISMISS**
18

19

20

21          Plaintiff S.G. filed a complaint against Defendants San Dieguito Union High School

22   District ("School District"), North Coast Consortium for Special Education ("NCCSE"),

23   and the California Department of Education ("California DOE") alleging ten claims for

24   relief under the Individuals with Disabilities Education Act ("IDEA"); Section 504 of the

25   Rehabilitation Act ("Section 504"); Americans With Disabilities Act ("ADA"); 42 U.S.C.

26   § 1983; California Unruh Civil Rights Act; and California Education Code § 5600.  Dkt. 1

27   (Complaint).

28

Plaintiff filed a motion for extension of time to file [Dkt. 2], a motion for use of pseudonyms [Dkt. 3], and a motion to appoint guardian *ad litem* [Dkt. 4].  Defendants School District, NCCSE, and California DOE filed motions to dismiss the Plaintiff's complaint [Dkts. 11, 12, 18].

The Court held oral argument on the above motions on January 18, 2023.  For the reasons stated on the record during the oral argument, the Court orders the following:

- The Court GRANTS Defendant NCCSE's motion to dismiss [Dkt. 18] and DISMISSES the Complaint without leave to amend.

- The Court GRANTS in part Defendant School District's motion to dismiss [Dkt. 12].  The Section 504 and ADA claims are dismissed with leave to amend while the remaining claims are dismissed without leave to amend.  The Court DENIES the School District's motion to dismiss Plaintiff's Claim 1.

- The Court GRANTS in part Defendant California DOE's motion to dismiss [Dkt. 11].  The Section 504 and ADA claims are dismissed with leave to amend; and the Section 1983, Unruh Act, and Education Code claims are dismissed without leave to amend.

- California DOE also moved to dismiss Plaintiff's first claim appealing the administrative hearing decision, arguing that it is not a proper party to the administrative proceeding.  The Court finds that California DOE's argument will be one of the substantive issues reviewed during this appeal process but is premature at this time.  Specifically, Plaintiff named California DOE as a party in the underlying administrative proceeding.  He seeks judicial review of the administrative hearing decision dismissing California DOE from the proceeding on the finding that it was not a proper party under the IDEA.  Because Plaintiff has a right to judicial review of administrative hearing decisions pursuant to 20 U.S.C. § 1415(i)(2), the Court DENIES California DOE's motion to dismiss Claim 1 at this stage so that Plaintiff can fully exercise his right to appeal the administrative decision that California DOE is not a proper party.

- The Court GRANTS Plaintiff's motion for use of pseudonyms [Dkt. 3].

- The Court GRANTS Plaintiff's motion to appoint guardian *ad litem* [Dkt. 4].

- The Court DENIES as moot Plaintiff's motion for extension of time to file [Dkt. 2].

As stated on the record during the oral argument, Plaintiff may file an amended complaint on or before **February 20, 2023**.

**IT IS SO ORDERED**.

Dated:  February 13, 2023

_____
Honorable Jinsook Ohta
United States District Judge

22cv450-JO-BLM