1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., A MINOR, BY AND THROUGH HIS PARENTS, J.C.G. AND J.G.<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT;<br><br>Defendant. | CASE NO.: 3:22-CV-00450-JO-BLM<br><br>**[PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Jinsook Ohta |

Plaintiffs S.G., A MINOR, BY AND THROUGH HIS PARENTS, J.C.G. AND J.G. ("Plaintiffs") and Defendant, SAN DIEGUITO UNION HIGH SCHOOL DISTRICT ("District") and Defendant, CALIFORNIA DEPARTMENT OF EDUCATION ("CDE")(collectively referred as "Defendants"), stipulate that:

1.      Plaintiffs filed a Complaint on April 5, 2022 ("Initial Complaint").

2.      Plaintiffs filed a Complaint on April 5, 2022.

3.      Defendants' motion to dismiss was heard on January 18, 2023, wherein the Court ordered Plaintiffs to file their amended complaint no later than February 20, 2023.

1

4.      Plaintiffs filed their First Amended Complaint on February 18, 2023.

5.      Defendants met and conferred with Plaintiffs regarding the claims alleged, specifically with Plaintiff's allegations regarding alleged Section 504 of the Rehabilitations Act of 1973 ("Section 504") violations.

6.      Plaintiffs have indicated an intention to seek leave to file a Second Amended Complaint ("SAC") to add back in the claim for alleged Section 504 violations as a cause of action, to include the necessary supporting facts, and to include a track changes version of the SAC that shows the differences between the SAC and the Initial Complaint.

7.      Pursuant to Federal Rule of Civil Procedure 15(a)(2), any party is permitted to file an amended pleading "with the opposing party's written consent."

8.      The Plaintiffs and Defendants entered a stipulation to jointly move the Court to authorize Plaintiffs to file their SAC no later than March 27, 2023.

Good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. Plaintiffs S.G., A MINOR, BY AND THROUGH HIS PARENTS, J.C.G. AND J.G. are ordered to file and serve their Second Amended Complaint no later than March 27, 2023;

2. Plaintiffs will also serve upon Defendants a copy of the track changes version of the Second Amended Complaint compared to the Initial Complaint.

3. Accordingly, and pursuant to Federal Rule of Civil Procedure 15(a)(3), all other parties will file their respective responsive pleadings within 14 days after email service of the SAC.

DATE:  3/16/23

_____
HON. JINSOOK OHTA
United States District Judge

2

[PROPOSED] ORDER TO FILE SECOND AMENDED COMPLAINT