UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through his parents J.C.G. and J.G.,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGUITO UNION HIGH SCHOOL DISTRICT et al.,<br><br>Defendants. | Case No.: 3:22-CV-00450-JO-BLM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS** |

Defendants San Dieguito Union High School District ("District") and California Department of Education ("CDE") filed motions to dismiss Plaintiff's Second Amended Complaint ("SAC"). Dkts. 45, 46. The Court held oral argument on the motions on August 9, 2023. For the reasons stated on the record at the oral argument, the Court (1) denies District's motion to dismiss for failure to allege a violation of section 504 of the Rehabilitation Act; (2) denies CDE's motion to dismiss for lack of standing; and (3) grants CDE's motion to dismiss for failure to allege a violation of section 504 of the Rehabilitation Act with leave to amend. Plaintiff may file an amended complaint on or before August 23, 2023. Failure to do so will result in dismissal of the section 504 claim against CDE.

///

**IT IS SO ORDERED.**

Dated: August 9, 2023

_____
Hon. Jinsook Ohta
United States District Court