# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.G., a minor, by and through his parents J.C.G. and J.G.<br><br>Appellant/Plaintiff<br>v.<br><br>San Dieguito Union High School District<br><br>Appellee/Defendant | Case No. 22-cv-450-JO-BLM<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO MOVE DEADLINE FOR FILING PARTIES MOTIONS FOR SUMMARY JUDGEMENT<br><br>**Judge: Hon. Jinsook Ohta** |

Plaintiffs, S.G., a minor, by and through his parents, J.C.G. and J.G. and Defendant San Dieguito Union High School District, stipulate that:

1. They met and conferred regarding requesting a Court date for the hearing on their respective Motions for Summary Judgement and subsequently made a joint call to the Court and were assigned the mutually agreeable date of February 7, 2024, at 9:30am.
2. They further agreed, due to exigent circumstance, to a Stipulation to move the deadline for Parties to file their Motions for Summary Judgement, from December 1, 2023 to December 22, 2023.

3. Counsel further agreed that the Parties would not be prejudiced by the change in filing dates of their motions for summary judgment.
4. The Plaintiffs and Defendants entered into a stipulation to jointly move the Court to authorize the filing of their respective Motions for Summary Judgment no later than December 22, 2023;

Good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. Plaintiff S.G, A MINOR, BY AND THROUGH HIS PARENTS, J.C.G AND J.G and Defendant SAN DIEGUITO UNION HIGH SCHOOL DISTRICT are ordered to file their respective Motions for Summary Judgement no later than December 22, 2023. Response and Reply filing deadlines remain as detailed in Scheduling Order, dated October 5, 2023.

**Dated** 12/1/23

Hon. Jinsook Ohta
**United States District Judge**